| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Masakela Marcellus Layrock** <br> First Name    Middle Name    Last Name | Social Security number or ITIN **xxx–xx–1801** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Northern District of Illinois** | Date case filed for chapter **13**   **2/3/17** |
| Case number: | **17–03269** | |

## Official Form 309I
## Notice of Chapter 13 Bankruptcy Case                                       12/15

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Masakela Marcellus Layrock | |
| 2. | **All other names used in the last 8 years** | aka Marcellous Layrock | |
| 3. | **Address** | 4041 South Michigan <br> APT# 3N <br> Chicago, IL 60653 | |
| 4. | **Debtor's attorney** <br> Name and address | Rusty Payton <br> PaytonDann <br> 115 South LaSalle Street <br> Suite 2600 <br> Chicago, IL 60603 | Contact phone 312–702–1000 <br> Email: rustypayton@me.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Tom Vaughn <br> 55 E. Monroe Street, Suite 3850 <br> Chicago, IL 60603 | Contact phone 312 294–5900 |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division <br> 219 S Dearborn <br> 7th Floor <br> Chicago, IL 60604 | Hours open: 8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays. <br> Contact phone 1–866–222–8029 <br> Date: 2/6/17 |

**For more information, see page 2**

| 7. | Meeting of creditors<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **March 13, 2017 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Debtors must bring a picture ID and proof of their Social Security Number**. | **Location:**<br>**55 East Monroe, Suite 3850, Chicago, IL 60603** |
|---|---|---|---|
| 8. | **Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 5/12/17** |
|   |   | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 6/12/17** |
|   |   | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 8/2/17** |
|   |   | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
|   |   | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 9. | **Filing of plan** | The hearing on confirmation will be held on: **4/6/17** at **10:00 AM**, Location: **219 South Dearborn, Courtroom 619, Chicago, IL 60604.** The debtor has not filed a plan as of this date. A copy of the plan or summary will be sent separately.<br><br>**The Disclosure of Compensation has not been filed at this time.**<br>If there are no objections, the Court may confirm the plan and allow fees requested by debtor's counsel to be paid through the plan. | |
| 10. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 11. | **Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| 13. | **Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 17-03269-DRC
Masakela Marcellus Layrock                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: mmiller            Page 1 of 1         Date Rcvd: Feb 06, 2017
                              Form ID: 309I            Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2017.
```
db             +Masakela Marcellus Layrock,    4041 South Michigan,    APT# 3N,    Chicago, IL 60653-2380
25311036       +Bmw Bank Of North Amer,    2735 E Parleys Ways Ste,    Salt Lake City, UT 84109-1666
25311038       +Ernest Codilis, Jr.,    15W030 N. Frontage Road,    Willowbrook, IL 60527-6921
25311039       +GFS,    ATTN: 15420 West Capital Drive,    Brookfield, WI 53005-2621
25311040       +Kovitz Shifrin Nesbit,    ATTN: Bankruptcy,    175 N. Archer Avenue,    Mundelein, IL 60060-2301
25311041       +Michael Kartsounis,    11209 S. Fairfield,    Chicago, IL 60655-1902
25311043       +Real Time Resolutions,    4909 Savarese Cir,    Tampa, FL 33634-2413
25311046       +Us Dept Of Ed/Great Lakes Higher Educati,    Attn: Bankruptcy,    2401 International Lane,
                 Madison, WI 53704-3121
25311047       +Us Dept Of Ed/Great Lakes Higher Educati,    Po Box 7860,    Madison, WI 53707-7860
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: rustypayton@me.com Feb 07 2017 01:39:52     Rusty Payton,    PaytonDann,
                 115 South LaSalle Street,    Suite 2600,    Chicago, IL  60603
tr             +E-mail/Text: 341NOTICE@TVCH13.NET Feb 07 2017 01:42:30      Tom Vaughn,
                 55 E. Monroe Street, Suite 3850,    Chicago, IL 60603-5764
ust            +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Feb 07 2017 01:40:58      Patrick S Layng,
                 Office of the U.S. Trustee, Region 11,    219 S Dearborn St,    Room 873,
                 Chicago, IL 60604-2027
25311035        EDI: BANKAMER.COM Feb 07 2017 01:03:00      Bank Of America,    Po Box 982238,
                 El Paso, TX 79998
25311037        EDI: BMW.COM Feb 07 2017 01:08:00      Bmw Financial Services,    Attn: Bankruptcy Department,
                 Po Box 3608,    Dublin, OH 43016
25311034       +EDI: BANKAMER.COM Feb 07 2017 01:03:00      Bank Of America,    Nc4-105-03-14,    Po Box 26012,
                 Greensboro, NC 27420-6012
25311042       +E-mail/Text: bkdepartment@rtresolutions.com Feb 07 2017 01:41:34      Real Time Resolutions,
                 Attn: Bankruptcy,    Po Box 36655,    Dallas, TX 75235-1655
25311045        +EDI: RMSC.COM Feb 07 2017 01:03:00      Syncb/Hh Gregg,    Po Box 965036,
                 Orlando, FL 32896-5036
25311044        +EDI: RMSC.COM Feb 07 2017 01:03:00      Syncb/Hh Gregg,    Attn: Bankruptcy,    Po Box 965064,
                 Orlando, FL 32896-5064
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
25311033        17-03269
                                                                                              TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 6, 2017 at the address(es) listed below:
```
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Rusty Payton     on behalf of Debtor 1 Masakela Marcellus Layrock rustypayton@me.com,
               notices@paytondann.com;notices@dannlaw.com;sarah@dannlaw.com;michael@dannlaw.com;billbehrens@dann
               law.com
              Tom Vaughn    ecf@tvch13.net, ecfchi@gmail.com
                                                                                             TOTAL: 3
```