# Earnings Statement

EK, PROPERTY PRESERVATION LLC.
18117 BRITTANY LANE
LANSING, IL. 60438

Period Ending: 12/02/2016
Pay Date: 12/09/2016

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 3
  IL: 2

Social Security Number: XXX-XX-1801

MASAKELA M LAYROCK
4041 S. MICHIGAN
CHICAGO IL 60653

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1980.77 | 80.00 | 1,980.77 | 11,884.62 |
| Paid Time Off | | | | |
| Gross Pay | | | $1,980.77 | |

| Deductions | Statutory | |
|---|---|---|
| | Federal Income Tax | 1,145.52 |
| | Social Security Tax | 711.54 |
| | Medicare Tax | 166.38 |
| | IL State Income Tax | 316.62 |

Other
Checking 1
Paymnt
Pretax Dental
Pretax Med Hsa
Transportation
Pmt 2
Pretax Med Ppo
401K

| Net Pay | $1,562.41 |
|---|---|

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,952.42

| Other Benefits and Information | this period | total to date |
|---|---|---|

# Earnings Statement

EK, PROPERTY PRESERVATION LLC.
18117 BRITTANY LANE
LANSING, IL. 60438

Period Ending: 12/16/2016
Pay Date: 12/23/2016

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 3
  IL: 2

MASAKELA M LAYROCK
4041 S. MICHIGAN
CHICAGO IL 60653

Social Security Number: XXX-XX-1801

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1980.77 | 80.00 | 1,980.77 | 13,865.39 |
| Paid Time Off | | | | |
| **Gross Pay** | | | **$1,980.77** | |

| Deductions | Statutory | |
|---|---|---|
| | Federal Income Tax | 1,336.44 |
| | Social Security Tax | 830.13 |
| | Medicare Tax | 194.11 |
| | IL State Income Tax | 369.39 |

Other
Checking 1
Paymnt
Pretax Dental
Pretax Med Hsa
Transportation
Pmt 2
Pretax Med Ppo
401K

**Net Pay**         **$1,562.41**

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,952.42

| Other Benefits and Information | this period | total to date |
|---|---|---|

# Earnings Statement

EK, PROPERTY PRESERVATION LLC.
18117 BRITTANY LANE
LANSING, IL. 60438

Period Ending: 12/30/2016
Pay Date: 01/06/2017

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 3
  IL: 2

MASAKELA M LAYROCK
4041 S. MICHIGAN
CHICAGO IL 60653

Social Security Number: XXX-XX-1801

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1980.77 | 80.00 | 1,980.77 | 15,846.16 |
| Paid Time Off | | | | |
| **Gross Pay** | | | **$1,980.77** | |

| Deductions | Statutory | |
|---|---|---|
| | Federal Income Tax | 1,527.36 |
| | Social Security Tax | 948.72 |
| | Medicare Tax | 221.84 |
| | IL State Income Tax | 422.16 |
| | Other | |
| | Checking 1 | |
| | Paymnt | |
| | Pretax Dental | |
| | Pretax Med Hsa | |
| | Transportation | |
| | Pmt 2 | |
| | Pretax Med Ppo | |
| | 401K | |
| | **Net Pay** | **$1,562.41** |

| Other Benefits and Information | this period | total to date |
|---|---|---|

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,952.42

# Earnings Statement

EK, PROPERTY PRESERVATION LLC.
18117 BRITTANY LANE
LANSING, IL. 60438

Period Ending: 01/13/2017
Pay Date: 01/20/2017

Taxable Marital Status: Single
Exemptions/Allowances:
 Federal: 3
 IL: 2

MASAKELA M LAYROCK
4041 S. MICHIGAN
CHICAGO IL 60653

Social Security Number: XXX-XX-1801

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1980.77 | 80.00 | 1,980.77 | 17,826.93 |
| Paid Time Off | | | | |
| Gross Pay | | | $1,980.77 | |

| Deductions | Statutory | |
|---|---|---|
| | Federal Income Tax | 1,718.28 |
| | Social Security Tax | 1,067.31 |
| | Medicare Tax | 249.57 |
| | IL State Income Tax | 474.93 |

Other
Checking 1
Paymnt
Pretax Dental
Pretax Med Hsa
Transportation
Pmt 2
Pretax Med Ppo
401K

| Net Pay | $1,562.41 |
|---|---|

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,952.42

| Other Benefits and Information | this period | total to date |
|---|---|---|