# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 17 B 03269 |
| MASAKELA LAYROCK | ) Chapter 13 |
| | ) Plan Filed on February 16, 2017 |
| Debtor(s) | ) Confirmation Hearing: April 6, 2017 |
| | ) |
| | ) Judge Donald R Cassling |

## OBJECTION TO CONFIRMATION OF PLAN FILED ON FEBRUARY 16, 2017

NOW COMES, 4041 South Michigan Avenue Condominium Association, a secured creditor herein, by and through its attorneys, Ronald J. Kapustka of Kovitz Shifrin Nesbit, and moves this Honorable Court for an Order denying confirmation of Debtor's plan filed on February 16, 2017 and in support thereof states as follows:

1. This court has jurisdiction pursuant to 28 U.S.C. § 1334 and General Rule 2.33 of the United States District court for the Northern District of Illinois;

2. Debtor(s) filed a petition under Chapter 13 of Title 11, United States Bankruptcy Code on February 3, 2017;

3. That enforcement of this security interest has been stayed automatically by operation of 11 U.S.C. § 362 of the Bankruptcy Code;

4. Creditor, 4041 South Michigan Avenue Condominium Association ("Association") is incorporated under the laws of the State of Illinois as a non-for-profit corporation and is charged with the authority to administer the subject premises pursuant to the Declaration for the Association (hereinafter referred to as "Declaration"), duly recorded with the office of the Recorder of Deeds.

**NOTE:  Pursuant to the Fair Debt Collection Practices Act you are advised that this law firm is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose.**
iManage\CFOR024\61001\3146077.v1-3/31/17

5. Debtor is the legal owner of the property commonly known as 4041 S. Michigan Avenue, Unit 3N, Chicago, Illinois which is subject to the terms and conditions of the Declaration;

6. That the Chapter 13 plan herein propose that Debtor(s) cure the pre-petition arrearage claim through the Chapter 13 Trustee and while maintaining current post-petition payments;

7. That the Debtor(s) plan proposes a monthly payment of $500.00 monthly for 60 months to the Standing Trustee for the benefit of the creditors;

8. That the creditor filed a Proof of Claim in the instant case totaling $982.26, for pre-petition arrearages;

9. That the Debtor(s) has used a version of the District's model plan for its Chapter 13 plan and said model plan contains language which negatively impacts this creditor;

10. That the proposed plan does not provide cure for the Association's secured claim;

11. That creditor, 4041 South Michigan Avenue Condominium Association has filed a secured claim in the amount of $982.26, and Debtor(s) has not objected to that claim;

12. That if the plan is administered as written rather that as intended, creditor would receive substantially less than its allowed, secured proof of claim, in contravention of the provisions of the Bankruptcy Code.

13. That sufficient grounds exist for denial of confirmation as Debtor(s) plan:
    (a) Fails to cure Creditor's pre-petition arrearage claim amount in full;
    (b) Debtor(s) plan is not feasible or constitutes a modification inconsistent with 11 U.S.C. §1322(b)(c).

**NOTE: Pursuant to the Fair Debt Collection Practices Act you are advised that this law firm is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose.**
iManage\CFOR024\61001\3146077.v1-3/31/17

14. The Association has incurred attorney fees and /or costs in connection with this bankruptcy proceeding subject to court approval, including:

(a) $450.50 for Objection to confirmation of the Chapter 13 plan including plan review and attending confirmation, if not separately billed.

**WHEREFORE**, 4041 South Michigan Avenue Condominium Association, hereby objects to the confirmation of the Chapter 13 Plan as proposed and prays this Court to order the modification of same in accordance thereto or for the denial of confirmation.

Respectfully Submitted,
Kovitz Shifrin Nesbit

By:   /s/ Ronald J. Kapustka

Ronald J. Kapustka
Kovitz Shifrin Nesbit
175 North Archer Ave., Mundelein, IL 60060
Tel. (847) 537-0500 / Fax (847) 537-0550
rkapustka@ksnlaw.com; ndaily@ksnlaw.com
ARDC No. 6203095
KSN FILE (CFOR024-61001)

**NOTE:  Pursuant to the Fair Debt Collection Practices Act you are advised that this law firm is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose.**
iManage\CFOR024\61001\3146077.v1-3/31/17