# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**

Masakela Marcellus Layrock aka Marcellous Layrock

Debtor(s)

Case No.: 17-03269
Chapter: 13

Judge Donald R. Cassling

## NOTICE OF FILING

**TO:** Rusty Payton, Attorney for Debtor(s), 115 South LaSalle StreetSuite 2600, Chicago, IL 60603 by electronic notice through ECF

Tom Vaughn, Chapter 13 Trustee, 55 E. Monroe, Suite 3850, Chicago, IL 60603 by electronic notice through ECF

PLEASE TAKE NOTICE that on 05/23/17, we have electronically sent for filing with the Clerk of the U.S. Bankruptcy Court a **Reply** to Response to Motion for Relief from Stay or in the Alternative to Dismiss proposed Chapter 13 Plan.

## CERTIFICATION

I hereby certify that I served a copy of this Notice and the above-referenced Reply on the Debtor's attorney and Trustee via electronic notice on 05/23/17.

/s/ Peter C. Bastianen

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-15-16805)**

NOTE: This law firm is a debt collector.