IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 17 B 03269 |
| MASAKELA MARCELLUS LAYROCK | ) Chapter 13 |
| | ) Confirmation Hearing: June 1, 2017 |
| Debtor(s) | ) |
| | ) Judge Donald R Cassling |

**NOTICE OF WITHDRAWAL OF OBJECTION TO CONFIRMATION**

To:   Rusty Payton, Esq., PaytonDann, 115 South LaSalle Street, Suite 2600, Chicago, IL 60603 - by electronic notice through ECF
Masakela Marcellus Layrock, 4041 S. Michigan Ave., Unit 3N, Chicago, IL 60653
Tom Vaughn, Trustee, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603 - by electronic notice through ECF

**PLEASE TAKE NOTICE** that on June 1, 2017, 4041 South Michigan Avenue Condominium Association, by and through its attorneys, Kovitz Shifrin Nesbit filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois a withdrawal of its Objection to Confirmation electronically filed on March 31, 2017, the Debtor(s) having filed an Amended Chapter 13 plan curing creditor's objection.

4041 SOUTH MICHIGAN AVENUE
CONDOMINIUM ASSOCIATION

/s/ Ronald J. Kapustka
By:  Ronald J. Kapustka

**Certificate of Service**

The undersigned certifies that he caused a copy of the foregoing Notice of Withdrawal of Objection to Confirmation to be served upon the above named parties by depositing the same in the U.S. Mail, postage pre-paid, on June 1, 2017.

/s/ Ronald J. Kapustka

Ronald J. Kapustka
Kovitz Shifrin Nesbit
175 North Archer Ave., Mundelein, IL 60060
Tel. (847) 537-0500 / Fax (847) 537-0550
rkapustka@ksnlaw.com; ndaily@ksnlaw.com
ARDC No. 6203095
KSN FILE (CFOR024-61001)

NOTE:  Pursuant to the Fair Debt Collection Practices Act you are advised that this law firm is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

CFOR024:61001\3204935.1