UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>Masakela Marcellus Layrock aka<br>Marcellous Layrock<br><br><br>Debtor(s) | BK No.: 17-03269<br><br>Chapter: 13<br>Honorable Donald R. Cassling |

## ORDER MODIFYING THE AUTOMATIC STAY AND WITHDRAWING REQUEST FOR DISMISSAL

THIS CAUSE coming to be heard on the motion of GSF MORTGAGE CORPORATION, a secured creditor herein, for relief from the automatic stay, the Court having jurisdiction over the subject matter and due notice having been given:

WHEREFORE, IT IS HEREBY ORDERED:
(1) Pursuant to 11 U.S.C. Section 362(d), that GSF MORTGAGE CORPORATION its principals, agents, successors and/or assigns is granted relief from the automatic stay provisions of 11 U.S.C. Section 362(a) by modifying said stay to permit them to pursue all non bankruptcy remedies and work out options as to the property commonly known as 4041 S. Michigan Avenue Unit #3N, Chicago, IL .

(2) GSF MORTGAGE CORPORATION's request for dismissal is withdrawn.

(3) No further payments are to be disbursed to GSF MORTGAGE CORPORATION on its secured claim.

(4) Effective June 15, 2017.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: June 01, 2017

**Prepared by:**

Peter C. Bastianen  ARDC#6244346
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
C&A FILE(14-15-16805)